# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| Ericka Gutierrez Sanchez, | : | |
|---|---|---|
| Petitioner/Defendant, | : | Civil Action No. 12-553-WS |
| v. | : | Criminal No. 11-47-WS-C |
| United States of America, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 13, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this the 18th day of January, 2013.

<pre>
                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE
</pre>