# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| Ericka Gutierrez Sanchez, | : | |
|    Petitioner/Defendant, | : | Civil Action No. 12-553-WS |
| v. | : | Criminal No. 11-47-WS-C |
| United States of America, | : | |
|    Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 138 in Criminal No. 11-47-WS-C) be and the same hereby is **DENIED** because the sole ground for relief asserted is legally insufficient on its face, making the habeas petition clearly frivolous.

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal *in forma pauperis*.

**DONE** this the 18th day of January, 2013.

                                                        **s/WILLIAM H. STEELE**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**